IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHELLEY A. CASHEL, MARY CASHEL and EUGENE CASHEL,<br><br>Plaintiffs,<br><br>v.<br><br>LITTELL INTERNATIONAL, INC. f/k/a F.J. LITTELL MACHINE CO., and<br>VENTURE MACHINERY, INC.<br><br>Defendants. | Cause No:<br>4:06-CV-841 JCH |

### ~~~~~~~ORDER OF APPROVAL OF WRONGFUL DEATH SETTLEMENT

Upon obtaining a completely signed and executed release from Plaintiffs, Plaintiffs propose the following Ordered to be entered by the Court:

It is hereby Ordered and Entered by this Honorable Court that the settlement for the wrongful death of Mark Cashel, is Approved and in support thereof states as follows:

1. Mark Cashel died on November 1, 2005 while working around a machine that was manufactured by Littell at a facility owned and operated by LMC Industries in Arnold, Missouri.

2. The following individuals are the heirs of Mark Cashel:

   a. Shelley A. Cashel (wife)

   b. Mary Cashel (mother)

  c.  Eugene Cashel (father)

3. Shelley A. Cashel, Mary Cashel, and Eugene Cashel reached a settlement of this case with Littell International, Inc. ("Littell") on January 8, 2008.

4. To resolve this claim, Littell agreed to pay a confidential amount to resolve this claim.

5. This Honorable Court approves the confidential amount.

6. Furthermore, this Honorable Court approves the division of the settlement proceeds as between the law firm of Simon Passanante, PC, Plaintiffs, and the workers compensation lienholder.

7. Plaintiffs are to file a Stipulation of Dismissal, with prejudice, upon the final receipt of the proceeds that are due within 45 days of the date of this ORDER.

SO ORDER: _/s/ Jean C. Hamilton_   DATE: 3/11/08

SIMON PASSANANTE, P.C.

By: /s/ Jeffrey P. Roseman
  John G. Simon #4371
  Jeffrey Roseman #507016
  701 Market Street, Suite 1450
  St. Louis, Missouri 63101
  (314) 241-2929
  FAX (314) 241-2029
  *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Stephen G. Strauss, #45018
Randy J. Soriano, #54058
BRYAN CAVE LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2740
Phone: 314-259-2000
Fax: 314-259-2020
And
R. Bruce Duffield (*pro hac vice*)
Derek Holland (*pro hac vice*)
BRYAN CAVE LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601
Phone: 312-602-5000
Fax: 312-602-5050
Attorneys for Defendant,
Littell International, Inc.

                                                  /s/ Jeffrey P. Roseman